JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODELL HALE, III<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEPPERIDGE FARM, INC., et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02463-DSF-JPR<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  Pursuant to the parties' "Joint Stipulation for Dismissal with Prejudice," and
2  good cause appearing, **IT IS ORDERED** that the above-captioned action is
3  dismissed in its entirety with prejudice.  Each party shall bear his or its own costs
4  and attorney's fees.
5  IT IS SO ORDERED.
6  DATED:  April 15, 2020

    Honorable Dale S. Fischer
    UNITED STATES DISTRICT JUDGE